UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREQUONE JAMES,

      Petitioner,

Case No. 12-20027

Honorable John Corbett O'Meara

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTIONS

This matter came before the court on petitioner Trequone James' Motion for Transcription of Sentencing Hearing and his motion to compel discovery. No responses were filed, and no oral argument was heard.

The two motions seek the same relief–that Petitioner be provided with a transcript of his sentencing hearing. Transcripts are typically produced in connection with an appeal, however, not without cost. In this case even if Petitioner were to pay for the transcript, any appeal would be dismissed as untimely, as Notice of appeal must be filed within 14 days of sentencing. Also, the one-year time limitation in which to seek *habeas* review had also passed before James filed his motions.

Therefore, it is hereby **ORDERED** that petitioner James' motions are **DENIED.**

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: October 5, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 5, 2015, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager
